A.T.E. FINANCIAL SERVICES, INC., PLAINTIFF-PETI-
TIONER, v. CONRAD CORPORATION, *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

*Messrs. Hellring, Lindeman & Landau, Mr. Bernard
Hellring,* of counsel, *Mr. Joel D. Siegal* and *Mr. James A.
Scarpone,* on the brief, for the petitioner.

*Messrs. Kay & Corino* and *Messrs. Staller, Hayman &
Gorelick,* for the respondents.

May 26, 1970. Denied.